# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Kathy Barnes,<br><br>     Plaintiff,<br><br>v.<br><br>Creditors Interchange Receivable Management, LLC,<br><br>     Defendant. | Case No.: 09-cv-79-CAB<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action with prejudice pursuant to Fed. R. 41(a)(1)(A)(i). This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

IT IS SO ORDERED.

Legal Helpers, P.C.

By:   /s/ Jeffrey S. Hyslip
     Jeffrey S. Hyslip
S/CHRISTOPHER A. BOYKO      Attorney for Plaintiff
U.S. DISTRICT COURT JUDGE      The Sears Tower
     Suite 5150
     Chicago, IL 60606
     Telephone: 1.866.339.1156
2/23/09      Jsh@legalhelpers.com

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 20, 2009, a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following party was served through U.S. Mail.

Creditors Interchange Receivable Management, LLC
23355 Mercantile Road, Suite 9000A
Beachwood, OH 44122

/s/ Jeffrey Hyslip